**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:　　Creative Chateau, LLC v. The City of Houston

Appellate case number:　01-21-00327-CV

Trial court case number:　2019-44108

Trial court:　　　　　　215th District Court of Harris County

On March 2, 2022, appellant Creative Chateau, LLC filed a motion to strike the brief filed by appellee City of Houston on February 17, 2022, arguing the brief was not timely filed. The Court previously extended the deadline for appellee's brief until February 17. Accordingly, appellant's motion to strike appellee's brief as untimely is DENIED.

It is so ORDERED.

Judge's signature: /s Amparo Guerra
　　　　　　　　　　Acting individually

Date: March 15, 2022